UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHASSAN ABDELLATIF, individually, and as a representative of other aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., a Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09145-WLH-JPR<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT [33]** |

The Court has reviewed Plaintiffs' unopposed Motion in Support of Preliminary Approval of Class Action and PAGA Settlement ("Motion", Docket No. 33; *see also* Docket No. 37). Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, the Court finds this matter appropriate for decision without oral argument. The hearing calendared for August 22, 2025, is vacated and the matter taken off calendar. The Joint Request to Appear Remote filed 8/15/2025 (ECF No. 42), is therefore MOOT. After considering the motion papers, and GOOD CAUSE appearing, IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows:

1. The Court preliminarily approves the Settlement memorialized in the Class Action and Paga Settlement Agreement and Class Notice.

1  2. The Court preliminarily certifies the following Settlement Class for
2  settlement purposes only pursuant to Rule 23 of the Federal Rule of Civil Procedure:
3  "All non-exempt California employees of Defendant during the Class Period
4  (the "non-exempt class"), as well as (b) all exempt California employees of Defendant
5  during the Class Period as to the expense reimbursement claim only (the "exempt
6  class").
7  3. The Court preliminarily finds, solely for purposes of the Settlement, that:
8  (a) the Settlement Class is so numerous that joinder of all Settlement Class Members
9  is impracticable; (b) there are questions of law and fact common to the Settlement
10 Class that predominate over any individual questions; (c) the claims of the Named
11 Plaintiffs are typical of the claims of the Settlement Class; (d) Named Plaintiffs and
12 Class Counsel will fairly and adequately represent and protect the interests of the
13 Settlement Class; and (e) a class action is superior to all other available methods for
14 the fair and efficient adjudication of the controversy.  The Court further finds that the
15 Settlement falls within the range of reasonableness of a settlement that could
16 ultimately be granted final approval by the Court, and merits submission to Class
17 Members for their consideration.  All capitalized terms used in this Order shall have
18 the same defined meanings as set forth in the Joint Stipulation of Class Action
19 Settlement and Release, unless stated otherwise.
20 4. The Court preliminarily approves the Notice of Class Action Settlement
21 for mailing to Class Members.
22 5. The Court preliminarily appoints Brent S. Buchsbaum of the Law Offices
23 of Buchsbaum & Haag, LLP, as Class Counsel.
24 6. The Court preliminarily appoints Ghassan Abdellatif as Class
25 Representative.
26 7. The Court appoints Apex Class Action Administration as the Claims
27 Administrator.
28

8. The Court preliminarily approves Class Counsel's request for Attorney's Fees and Costs subject to final review by the Court.

9. The Court preliminarily approves Class Counsel's request for the Enhancement Award subject to final review by the Court.

10. The Court preliminarily approves the Claims Administration Fee to be paid to Apex.

11. The Court preliminarily approves the LWDA Payment.

12. Any Settlement Class Member who has not previously opted out in accordance with the terms of the Settlement may appear at the Final Fairness Hearing to Object to the fairness, reasonableness or adequacy of the proposed Settlement.

13. The following dates shall govern for the purposes of the Settlement:

| Deadline | Activity |
| --- | --- |
| Within thirty (20) days from Preliminary Approval | Defendant shall provide Claims Administrator with the Class Data List. |
| Within fourteen (14) business days after the Claims Administrator obtains the Class Data List | Claims Administrator shall mail, by U.S. First Class, to Class Members a Class Notice. The Class Notice shall list the individual Settlement Class Member's total number of Workweeks. |
| Sixty (60) days from mailing date (or 14 days additional for a second mailing of the notice). | All Class Members requests for exclusion, disputes and objections must be postmarked by this date. |
| Thirty (30) days from completion of the notice period. | Plaintiff shall submit his Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for Attorney's Fees and Costs. |
| Approximately 115 days after Preliminary Approval. | The Court will hear Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for Attorney's Fees and Costs. |

14. Class Members are enjoined from initiating or prosecuting any proceeding on any claim to be released pursuant to the Stipulation unless and until the Class Member opts out of the Class.

3

15. On December 19, 2025, at 1:30 p.m., the Court will hold a final fairness hearing to determine whether the Settlement, including Class Counsel's attorney's fees and costs and Class Representative's Service Award, should be finally approved as fair, reasonable and adequate.

16. In the event the Settlement is not approved by the Court, or for any reasons the parties fail to obtain a final judgment as contemplated by the Settlement, or the Settlement is terminated pursuant to its terms for any reason, then the following shall apply: (a) All Orders and findings entered in connection with the Settlement shall become null and void and have no further force and effect, shall not be used or referred to for any purposes whatsoever, and shall not be admissible or discoverable in any other proceeding; (b) Nothing contained in this Order is, or may be construed as, any admission or concession by or against Defendant or Plaintiffs on any point of fact or law; and (c) This Settlement and all negotiations, proceedings, documents prepared, and statements made in connection herewith shall be without prejudice to the Parties.

**IT IS SO ORDERED.**

Dated: August 19, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE